IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNA L. PITRE, PRO SE
    PLAINTIFF

VS.

RICHMOND STATE SCHOOL, AL BURRERA,
JANE PURCELL, CHARLES DUNN, HAROLD GOTTLIEB AND
ABBIE GOTTLIEB ET AL.    CIVIL ACTION NUMBER:
    DEFENDANT(S)

Case: 1:07-cv-02071
Assigned To : Unassigned
Assign. Date : 11/15/2007
Description: Employ. Discrim.

JURY ACTION

## CLASS ACTION COMPLAINT BASED UPON RACIAL DISCRIMINATION IN EMPLOYMENT AND AGE DISCRIMINATION.

### A. JURISDICTION

This Civil Action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 USC sections 2000e (5). Equitable and other relief are also sought under 42 USC sections 2000(5) (g). Jurisdiction is also based 28 USC section 1331, 1343 and 42 USC section 1981 et seq. also age exists and is conferred by 29 USC section 626@(1) and 626(e) and appropriate relief is also sought.

### B. PARTIES

1. Plaintiff:
2. Anna L. Pitre
   5801 Lumberdale Road #104
   Houston, Texas 77092-1517

3. Name of First Defendant
   Richmond State School-
   2100 Preston Street
   Richmond, Texas 77469

4. Name of Second Defendant
   Al Burrera
   2100 Preston Street
   Richmond, Texas 77469

RECEIVED
OCT 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

5.  Name of Third Defendant
    Jane Purcell
    2100 Preston Street
    Richmond, Texas  77469

6.  Name of Fourth Defendant
    Charles Dunn
    2100 Preston Street
    Richmond, Texas  77469

7.  Name of Fifth Defendant
    Harold Gottlieb
    2100 Preston Street
    Richmond, Texas  77096

8.  Name of Sixth Defendant
    Abbie Gottlieb
    2100 Preston Street
    Richmond, Texas  77096

## C. NATURE OF CASE

9.  The at which I sought employment or was employed by the defendant is:

    Richmond State School
    2100 Preston Road
    Richmond, Texas  77469

8.  The discriminatory acts occurred on or about _____ other acts have occurred from _____ to_____ on a continuous and sustaining basis.

10. I have filed charges with EEOC in Dallas, Texas against the defendant's discriminatory conduct.

11. The discriminatory acts that are the basis of this class action are:

    a. Suspension of employment
    b. General Harassment

      c. Racial and discriminatory overtones
      d. Denial of promotions
      e. Forced to be removed to other jobs due to retaliation for complaining

12. Defendants conduct is discriminatory with respect to our class and is based upon race and age as discriminatory actions and unjust harassment based upon the defendants disparate actions.

13. Plaintiff contents believe that the defendant is still committing these disparate acts of discrimination against her.

### D. CAUSE OF ACTION

14. The actions of the defendant have been racial and discriminatory due to the harassment, discrimination and disparate activities which have made life unbearable for the Plaintiff.
15. Plaintiff have sufferable significant harm on the job because of the defendants discriminatory and harassment activities due to racial overtones and age bias. This activity on the part of the defendant has made the workplace a hostile environment.

### E. DAMAGES

14. Plaintiff has suffered significant damages and injuries on the part of the Defendants disparate actions such as:

    a. Life earning capacity diminished
    b. Significant lost earnings and wages.
    c. Tremendous physical pain and mental anguish
    d. Forced to work in a hostile environment which has caused them great stress.

15. For the above mentioned reasons, Plaintiff ask for judgment against the defendant:

    a. actual damages of $3,000,000 per defendant
    b. prejudgment and post judgment +interest in the amount of $54,000,000
    c. costs of suit; and $5,000 per Defendant
    d. All other relief the court deems appropriate.

**TRAIL BY JURY**

The Plaintiff requests trial by jury.

Respectfully submitted:

**BY PLAINTIFF:**

      Anna L. Pitre, Pro Se
      5801 Lumberdale Road #104
      Houston, Texas 77092-1517

_(X) _/s/ Anna L. Pitre_____
      Anna L. Pitre, Pro Se

4