# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5009**         **September Term, 2007**

07cv02071

In re: Anna L. Pitre,
         Petitioner

Filed On: UNITED STATES COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT

FILED MAR 1 8 2008

CLERK

**BEFORE:** Sentelle, Chief Judge, and Henderson and Rogers, Circuit Judges

## ORDER

Upon consideration of the motion for leave to proceed in forma pauperis, the petition for a writ of mandamus, and the supporting memorandum of law and fact, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied. The district court did not abuse its discretion in transferring the case to the Southern District of Texas pursuant to 28 U.S.C. § 1406(a) and 42 U.S.C. § 2000e-5(f)(3). See generally In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:
United States Courts of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk